UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
and CLERK OF COURT

DOCKETING SECTION
404-215-1655

August 21, 2012

United States District Court
450 Golden Gate Avenue
16th Floor
San Francisco CA 94102-3434



FILED
AUG 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Re:  USA vs. Crystal Erin Davis
    Criminal Action No.  1:09-CR-318-TWT
    Your File No.  CR-12-592-WHA

Dear Clerk:

    Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the
above supervised releasee to your district.

    Enclosed are certified copies of the superseding indictment, judgment and commitment
order, and docket for your records.

    Please acknowledge receipt of these documents by returning the enclosed copy to
this office.

                    Sincerely,

                    James N. Hatten
                    District Court Executive
                     and Clerk of Court

            By: _____
                    Deputy Clerk

copies via NEF to:

USAO, FLU, Atlanta with copy of transfer order
Financial Section
File

ORIGINAL

FILED IN CHAMBERS
U.S D C. Atlanta

SEP 0 1 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:09-CR-318-TWT |
| JEFFREY MARTIN COLON-MOORE, Jr. | : | |
| CRYSTAL ERIN DAVIS | : | Superseding |
| DANNY BILL DAVIS | : | |
| ALEXANDER QUINN | : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 28, 2009, in the Northern District of
Georgia, defendant JEFFREY MARTIN COLON-MOORE, Jr., having been
convicted on or about May 26, 2004, of the felony offense of Taking
a Vehicle without Owner Consent, in the Superior Court of
California, County of San Francisco, in file number 02157684, the
aforesaid conviction being for a crime punishable by imprisonment
for a term exceeding one year, did knowingly possess firearms,
those being, a Kel-Tec PLR16 .223 caliber pistol and a .40 caliber,
Smith & Wesson pistol, said possession being in and affecting
commerce, in violation of Title 18, United States Code, Sections
922(g)(1) and 924(a)(2).

## COUNT TWO

From at least January 12, 2009 through June 28, 2009, within the Northern District of Georgia and elsewhere, defendants, JEFFREY MARTIN COLON-MOORE, Jr., CRYSTAL ERIN DAVIS and DANNY BILL DAVIS, did combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to commit an offense against the United States, that is to knowingly make false statements and representations with respect to the information required by law to be kept in the records of various federally licensed firearms dealers, by causing the names of defendants CRYSTAL ERIN DAVIS, DANNY BILL DAVIS, and others known to the grand jury as J.R.D. and J.A.D. to be recorded as the buyers (transferees) of the firearms, when in truth and in fact, defendant JEFFREY MARTIN COLON-MOORE, Jr. was the true transferee (buyer) of the firearms, in violation of Title 18, United States Codes, Section 924(a)(1)(A).

## MANNER AND MEANS

1. At all times relevant to the conspiracy defendant JEFFREY MARTIN COLON-MOORE, Jr. was a convicted felon because on May 7, 2004 he was convicted in the State of California of the felony offense of Taking a Vehicle without Owner Consent, an offense punishable by more than one year in prison.

2. Defendant JEFFREY MARTIN COLON-MOORE, Jr. contacted various federal firearms licensees (FFLs) and inquired about the

2

availability of firearms that could be purchased.

3.    In order to circumvent federal law prohibiting the sale of firearms to convicted felons, defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited residents from the state of Georgia to make straw purchases of firearms on his behalf.

4.    Additionally, defendant JEFFREY MARTIN COLON-MOORE, Jr. traveled to gun shows where he made purchases of firearms from individuals who were not federal firearms licensees (FFLs) because unlike FFLs, individuals are not required to conduct criminal background checks.

5.    Thus far it has been determined that defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited the following Georgia residents for the purpose of making straw purchases of approximately 65 firearms on his behalf: CRYSTAL ERIN DAVIS, DANNY BILL DAVIS, J.R.D. and J.A.D.

6.    The aforementioned Georgia residents agreed to purchase firearms which defendant JEFFREY MARTIN COLON-MOORE, Jr. selected.

7.    Once defendants CRYSTAL ERIN DAVIS, DANNY BILL DAVIS, and others known to the grand jury as J.R.D. and J.A.D. purchased the firearms, they would then surrender possession of these firearms to defendant JEFFREY MARTIN COLON-MOORE, Jr.

8.    Defendant JEFFREY MARTIN COLON-MOORE, Jr. used cellular telephones to communicate by voice and text message with people within and outside of the Northern District of Georgia about

3

purchasing, shipping and selling firearms.

9.    Defendant JEFFREY MARTIN COLON-MOORE, Jr., aided and abetted by defendant CRYSTAL ERIN DAVIS and a person known to the grand jury as J.A.D., shipped or caused firearms to be transported by contract carrier in interstate commerce, from the Northern District of Georgia to California, without notifying the carrier that firearms were contained in the package or parcel being shipped.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the defendant JEFFREY MARTIN COLON-MOORE, Jr., and others known and unknown to the grand jury, committed and caused to be committed the following overt acts.

1.    Beginning at a time unknown, but not later than January 12, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited defendant CRYSTAL ERIN DAVIS to purchase firearms.

2.    On or about January 12, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy a Jimenez Arms, model JA380, .380 caliber pistol from the Canton Pawn Shop, a federal firearms licensee (FFL), located at 1750 Marietta Highway Suite 225, Canton, Georgia.

4

3.   On or about January 12, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473 that she was the actual buyer of the firearm from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearm for defendant JEFFREY MARTIN COLON-MOORE, Jr.

4.   On or about April 13, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy three firearms -- a Cobra Enterprises Inc., model FS380, .380 caliber pistol, a Haskell Model JHP45, .45 caliber pistol and an Iberia Firearms, model JCP40, .40 caliber pistol -- from the Cherokee Gun & Pawn, an FFL located at 9430 Knox Bridge Highway, Canton, Georgia.

5.   On or about April 13, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms from Cherokee Gun & Pawn, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

6.   Beginning at a date unknown to the grand jury, but not later than April 15, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited and caused defendant DANNY BILL DAVIS to buy firearms.

7.   On April 15, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Hi-Point, model JCP, .40 caliber pistol from the Canton Pawn Shop, an FFL located in

5

Canton, Georgia.

8. On April 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Canton Pawn Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

9. On April 21, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy eight Iberia Firearms, model JCP40, .40 caliber pistols from CBR Enterprises Inc. doing business as (d.b.a.) Harold's Pawn Shop, an FFL located at 2667 Summers Street, Northwest, Kennesaw, Cobb County, Georgia.

10. On April 21, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Harold's Pawn Shop, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

11. On April 25, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Haskell, model JHP45, .45 caliber pistols from A-Z Guns, an FFL located at 3258 Vineville Avenue, Macon, Georgia.

12. On April 25, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from A-Z Guns, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

13.  On or after April 25, 2009, but not later than June 27, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL DAVIS, aided and abetted by each other and J.A.D., caused the Haskell, model JHP45, .45 caliber pistol purchased from A-Z Guns on April 25, 2009 to be shipped and transported from the Northern District of Georgia to California.

14.  On April 25, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Iberia Firearms, model JCP40, .40 caliber pistols and two Haskell, model JHP45, .45 caliber pistols from Southern Stuff, an FFL located at 8613 Highway 52 West, Dahlonega, Georgia.

15.  On April 25, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Southern Stuff, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

16.  Beginning at a date unknown to the grand jury, but not later than April 29, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited J.R.D. to buy firearms.

17.  On April 29, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.R.D. to buy two Hi-Point, model CF380, .380 caliber pistols, from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

18. On April 29, 2009, defendant J.R.D. falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Cherokee Gun & Pawn, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

19. On April 30, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy one Hi-Point, model CF380, .380 caliber pistol and three Iberia Firearms, model JCP40, .40 caliber pistols from the Canton Pawn Shop, an FFL located in Canton, Georgia.

20. On April 30, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

21. On May 9, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy five Haskell, model JHP45, .45 caliber pistols and one Heritage MFG, Inc., model Rough Rider, .22 caliber revolver from the Canton Pawn Shop, an FFL located in Canton, Georgia.

22. On May 9, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN

8

COLON-MOORE, Jr.

23. On May 13, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Haskell, model JHP45, .45 caliber pistols from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

24. On May 13, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Cherokee Gun & Pawn, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

25. On or after May 13, 2009, but not later than May 22, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL ERIN DAVIS aided and abetted by each other, and J.A.D., caused the Haskell, model JHP45, .45 caliber pistol purchased on May 13, 2009 to be shipped and transported from the Northern District of Georgia to California.

26. On May 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Masterpiece Arms, model MPA30T-A, 9 millimeter caliber pistol from Cartersville Pawn-N-Shop, an FFL located at 134 West Main Street, Cartersville, Georgia.

27. On May 16, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Cartersville Pawn-N-Shop, when in truth and fact, he

9

was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

28.   On May 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy three Kel-Tec, model PLR22, .22 LR caliber pistols from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

29.   On May 16, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Cherokee Gun & Pawn, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

30.   On May 22, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy two Iberia Firearms, model JCP40, .40 caliber pistols and three Haskell, model JHP45, .45 caliber pistols from the Canton Pawn Shop, an FFL located in Canton, Georgia.

31.   On May 22, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

32.   On May 22, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. traveled to the Canton Pawn Shop, located in Canton, Georgia.

33.   On May 22, 2009, defendant JEFFREY MARTIN COLON-MOORE,

10

Jr. caused defendant CRYSTAL ERIN DAVIS to buy one Hi-Point, model JHP, .45 ACP pistol and one Hi-Point, model JCP, .40 S&W caliber pistol from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

34. On May 22, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

35. On May 28, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Smith & Wesson, model SW40VE, .40 caliber pistols from the Canton Pawn Shop, an FFL located in Canton, Georgia.

36. On May 28, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

37. On or after May 28, 2009, but not later than June 27, 2009, defendants JEFFERY MARTIN COLON-MOORE, Jr. and CRYSTAL ERIN DAVIS, aided and abetted by each other and J.A.D., caused a Smith & Wesson, model SW40VE, .40 caliber pistol purchased on May 28, 2009 to be shipped and transported from the Northern District of Georgia to California.

38. On May 30, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy one Smith & Wesson,

11

model SW40VE, .40 caliber pistol from Southern Stuff, an FFL located at 8613 Highway 52 West, Dahlonega, Georgia.

39. On May 30, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Southern Stuff, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

40. On or about June 1, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL DAVIS, aided and abetted by each other and J.A.D., caused firearms to be shipped from the Northern District of Georgia to Vallejo, California by United Parcel Service (UPS), a contract carrier.

41. On June 3, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Taurus, model PT24/7 Pro, .40 caliber pistol from CBR Enterprises, Inc., d.b.a. Harold's Pawn Shop, an FFL located in Kennesaw, Georgia.

42. On June 3, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm purchased from Harold's Pawn Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

43. On June 4, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model SW9VE, 9 millimeter caliber pistol from County Line Pawn, an

FFL located at 5060 Canton Road, Marietta, Georgia.

44. On June 4, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm purchased from County Line Pawn, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

45. On June 4, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Taurus, model 24/7, .40 caliber pistol from B & B Outdoors, an FFL located at 710 Holcomb Bridge Road, Suite 230, Roswell, Georgia.

46. On June 4, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from B & B Outdoors, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

47. On June 4, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model SW9VE, 9 millimeter caliber pistol from Nick's Guns & Range, an FFL located at 2727 Canton Road, Marietta, Georgia.

48. On June 4, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Nick's Guns & Range, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

49.  On June 9, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL ERIN DAVIS aided and abetted by each other and J.A.D., caused firearms to be shipped from the Northern District of Georgia to Vallejo, California by UPS, a contract carrier.

50.  On June 12, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Lorcin, model L9MM, 9 millimeter caliber pistol and an FEG, model PA63, 9 millimeter caliber pistol from the Canton Pawn Shop, an FFL located in Canton, Georgia.

51.  On June 12, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

52.  On June 15, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Bersa, model Thunder 9, 9 millimeter caliber pistol from Guns & Gold Pawnbrokers, an FFL located at 6468 Highway 92, Suite 240, Acworth, Georgia.

53.  On June 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Guns & Gold Pawnbrokers, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

54.  On June 15, 2009, defendant JEFFREY MARTIN COLON-MOORE,

14

Jr. caused defendant DANNY BILL DAVIS to buy a Kel-Tec, model P-11, 9 millimeter caliber pistol from County Line Pawn, an FFL located at 5060 Canton Road, Marietta, Georgia.

55.  On June 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from County Line Pawn, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

56.  On June 15, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model SW40VE, .40 caliber pistol from Nick's Guns & Range, an FFL located in Marietta, Georgia.

57.  On June 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Nick's Guns & Range, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

58.  On June 16, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and DANNY BILL DAVIS traveled to Harold's Pawn Shop in Kennesaw, Georgia, where defendant JEFFREY MARTIN COLON-MOORE, Jr., a person convicted of an offense punishable by more than one year of imprisonment, looked at and handled several firearms, including, a tactical Smith & Wesson pistol, a Glock pistol, a Skyy 9 millimeter pistol, a Keltec PLR and an AK-47 rifle.

15

59. On June 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model 639, 9 millimeter caliber pistol from the Cartersville Pawn-N-Shop, an FFL located in Cartersville, Georgia.

60. On June 16, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Cartersville Pawn-N-Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

61. On June 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.A.D. to buy a Kel-Tec, model Sub2000, 9 millimeter caliber rifle from the Canton Pawn Shop, an FFL located in Canton, Georgia.

62. On June 16, 2009, J.A.D. falsely stated in an ATF Form 4473 that she was the actual buyer of the firearm from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

63. On June 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.R.D. to buy one Smith & Wesson, model SW40VE, .40 caliber pistol and one Taurus, model PT92, 9 millimeter caliber pistol from Nick's Guns & Range, an FFL located in Marietta, Georgia.

64. On June 16, 2009, J.R.D. falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Nick's Guns

16

& Range, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

65.   On June 26, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. made a telephone call to contact Cherokee Gun & Pawn about purchasing a Kel-Tec model PLR16 .223 caliber firearm.

66.   On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.R.D. to buy a Kel-Tec, model PLR-16, .223 caliber pistol from the Georgia Gun Store, an FFL located at 712 Winer Industrial Way, Lawrenceville, Georgia.

67.   On June 27, 2009, J.R.D., falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Georgia Gun Store, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

68.   On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Kel-Tec, model Sub2000, 9mm caliber rifle from the Georgia Gun Store, an FFL located in Lawrenceville, Georgia.

69.   On June 27, 2009, defendant DANNY BILL DAVIS, falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Georgia Gun Store, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

70.   On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Kel-Tec, model

17

Sub2000, 9mm caliber rifle at a gun show in the Northern District of Georgia from A-Z Guns, an FFL located in Macon, Georgia.

71. On June 27, 2009, defendant DANNY BILL DAVIS, falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from A-Z Guns, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

72. On June 28, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and DANNY BILL DAVIS, traveled to a gun show in the Northern District of Georgia in Gwinnett County.

73. On June 28, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Smith & Wesson, model SW40VE, .40 caliber pistols at a gun show in Norcross, Gwinnett County, Georgia from Frank's Gun Shop, an FFL located at 879 Old Cedartown Road, Lindale, Georgia.

74. On June 28, 2009, defendant DANNY BILL DAVIS, falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Frank's Gun Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

All in violation of Title 18, United States Code, Section 371.

18

### COUNT THREE

From at least January 12, 2009 through June 28, 2009, within the Northern District of Georgia and elsewhere, defendants, JEFFREY MARTIN COLON-MOORE, Jr. and ALEXANDER QUINN, and others known and unknown to the grand jury did combine, conspire, confederate, agree, and have a tacit understanding with each other, to commit certain offenses against the United States as follows:

(a) engaging in the business of dealing in firearms without being licensed as a dealer, and in the course of such business to ship, transport, and receive any firearm in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

(b) knowingly to cause to be delivered to any contract carrier for transportation and shipment in interstate commerce to persons other than license dealers any package and other container in which there is any firearm without written notice to the carrier that such firearm is being transported and shipped.

### OBJECT

1.  To illegally purchase and acquire firearms in the Northern District of Georgia.

2.  To ship, transport and receive firearms in interstate commerce, by United Parcel Service (UPS), from the Northern District of Georgia to California.

19

3.    To engage in the business of dealing in firearms and selling them.

## MANNER AND MEANS

1.    Defendant JEFFREY MARTIN COLON-MOORE, Jr. traveled to gun shows and federally firearms licensees and used straw purchasers or nominees for the purpose of acquiring firearms in Georgia.

2.    At all times during this conspiracy, defendant ALEXANDER QUINN resided in California and ordered firearms from JEFFREY MARTIN COLON-MOORE, Jr. who resided in Georgia.

3.    Defendants JEFFREY MARTIN COLON-MOORE, Jr. and ALEXANDER QUINN used cellular telephones and text messaging to contact each other and to discuss the types of firearms to be ordered and shipped to California.

4.    Defendant JEFFREY MARTIN COLON-MOORE, Jr., aided and abetted by others known to the grand jury, delivered packages containing firearms to UPS, without notifying UPS of the contents, and for the purpose of having the firearms shipped and transported in interstate commerce from the Northern District of Georgia to locations in Vallejo, California which consisted of either vacant, abandoned or foreclosed homes.

5.    Defendant ALEXANDER QUINN sent payments for firearms by way of Western Union.

6.    At all times relevant to this indictment, neither JEFFREY MARTIN COLON-MOORE, Jr. nor ALEXANDER QUINN had a license to deal

in firearms.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the defendants JEFFREY MARTIN COLON-MOORE, Jr. and ALEXANDER QUINN, and others known and unknown to the grand jury committed and caused to be committed the following overt acts.

1.     Beginning at a date unknown, but not later than June 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. agreed to ship firearms from the Northern District of Georgia to defendant ALEXANDER QUINN by way of UPS or other contract carrier.

2.     On June 9, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr., aided and abetted by others known to the grand jury, caused firearms to be shipped by UPS from the Northern District of Georgia to Vallejo, California.

3.     On June 12, 2009, defendant ALEXANDER QUINN sent defendant JEFFREY MARTIN COLON-MOORE, Jr. the following text message about an attempt to send him money by Western Union: "They closed western till 8 in da am.  I get no signl [sic] in here. Call u after we finish grocery shopping.  No worries, yo loot will be coo wit me till 8 am."

4.     On June 16, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and DANNY BILL DAVIS traveled to Harold's Pawn Shop in Kennesaw, Georgia, where defendant JEFFREY MARTIN COLON-MOORE, Jr., a person convicted of an offense punishable by more than one year

of imprisonment, looked at and handled several firearms, including,
a tactical Smith & Wesson pistol, a Glock pistol, a Skyy 9
millimeter pistol, a Keltec PLR and an AK-47 rifle.

5.   On or about June 18, 2009, defendant ALEXANDER QUINN sent
the following text message to JEFFREY MARTIN COLON-MOORE, Jr. in
which defendant ALEXANDER QUINN seeks to confirm a preexisting
order for firearms:  "Was up my n**g* u ready 2 get this money or
what? I need pf9's and plr 16's.  What's the hold up? M.O.B. sh*t
fa life!!!"

6.   Again on or about June 18, 2009, defendant ALEXANDER
QUINN sent the following text message to JEFFREY MARTIN COLON-
MOORE, Jr. in which defendant ALEXANDER QUINN inquires about his
request to order firearms:  "Was up my n**g*, we gonna do this or
what? Im trying 2 keep dis money free so I can get right 2 ya.
Don't start b*tching up now, lets ge . . ."

7.   Later, that same day, on June 18, 2009, defendant
ALEXANDER QUINN sent the following text message to defendant
JEFFREY MARTIN COLON-MOORE, Jr. in which defendant ALEXANDER QUINN
asks defendant JEFFREY MARTIN COLON-MOORE, Jr. to ship the
firearms: "Well send it and ill get them off."

8.   On June 23, 2009, defendant ALEXANDER QUINN sent the
following text message to defendant JEFFREY MARTIN COLON-MOORE, Jr.
asking defendant JEFFREY MARTIN COLON-MOORE, Jr. to provide the
firearms that he agreed to provide: "Hey Jeff.  I really need that

tip for the plr that u promised.  Again u got me looking real bad.
I know its just a tip 2 u.  But 2 me its b."

9.  On June 23, 2009, defendant ALEXANDER QUINN sent the
following text message in which he asks defendant JEFFREY MARTIN
COLON-MOORE, Jr. to ship the firearms because the customer who
wants to buy firearms is getting impatient: "My hommie keeps asking
me every day and im tired of giving the same b*th a$$ excuse that
its one the way.  Can we please complete this transaction?"

10.  On June 26, 2009, defendant JEFFREY MARTIN COLON-MOORE,
Jr. made a telephone call to contact Cherokee Gun & Pawn about
purchasing a Kel-Tec model PLR16 .223 caliber firearm.

11.  On June 26, 2009, defendant JEFFREY MARTIN COLON-MOORE,
Jr. inquired about buying a PSL16 (Kel-Tec model PLR 16 .223
caliber pistol) from ATF Special Agent Benjamin Gibbons, who was
acting in undercover capacity.

12.  On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE,
Jr. caused J.R.D. to buy a Kel-Tec, model PLR-16, .223 caliber
pistol from the Georgia Gun Store, an FFL located at 712 Winer
Industrial Way, Lawrenceville, Georgia.

13.  On June 28, 2009, defendant JEFFREY MARTIN COLON-MOORE,
Jr. was arrested after he purchased a Kel-Tec model PLR 16 .223
pistol from an ATF undercover agent in Marietta, Georgia.

All in violation of Title 18, United States Code, Section 371.

FORFEITURE PROVISION

This indictment charges Defendant, JEFFREY MARTIN COLON-MOORE, Jr. with violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). Upon such conviction of the offenses alleged in the Indictment, defendant JEFFREY MARTIN COLON-MOORE, Jr. shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following firearms: two Kel-Tec, model PLR16 .223 caliber firearms, two Smith & Wesson, model SW40VE, .40 caliber pistols, and two Kel-Tec, model Sub2000 9mm caliber rifles.

A _____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

ZAHRA S. KARINSHAK
ASSISTANT UNITED STATES ATTORNEY
404-581-6324
Georgia Bar No. 407911

JOSEPH PLUMMER
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6055
Georgia Bar No. 003006

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 2 1 2012

James N. Hatten, Clerk
By
Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                    Case No.   **1:09cr318-02-TWT**

**CRYSTAL ERIN DAVIS**

**Defendant's Attorney**
**Andrew Hothem**

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count(s) 2 of the Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC § 371 | Conspiracy to make false statements or representations of records maintained by licensed firearms dealers | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$100.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.        XXX-XX-1002          Date of Imposition of Sentence:  March 12, 2010
Defendant's Date of Birth:        1983
Defendant's Mailing Address:
620 Huckleberry Road
Canton, Georgia 30114

Signed this the 12TH day of March, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE

ATTEST:  A TRUE COPY
CERTIFIED THIS

AUG 2 1 2012

James N. Hatten, Clerk
By: _____
Deputy Clerk

109cr318-02 : CRYSTAL ERIN DAVIS

## PROBATION

The defendant is hereby placed on probation for a term of **five (5) years**.

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

The defendant shall pay to the United States a special assessment of $100, which shall be due immediately.

While on probation, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall participate in the home confinement curfew program for a period of **eighteen (18) months** and abide by all the requirement of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon ability to pay as determined by the probation officer. The defendant is restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to 42 USC 14135a(d)(1) and 10 USC 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses.

The defendant shall submit to one drug urinalysis within 15 days of placement on supervised release and at least two periodic drug tests thereafter as directed by the probation officer.

The defendant shall not own, possess or have under his/her control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his/her person, property, residence, place of business or employment, and/or vehicle(s) at a reasonable time and in a reasonable manner at the request of the United States Probation Officer.

The defendant shall perform **100 hours** of community service as directed by the probation officer.

The defendant shall participate in a mental health treatment program at the direction and discretion of the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

109cr318-02 : CRYSTAL ERIN DAVIS

## FINE

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:04-CR-318-02-TWT |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>CR 12 592 WHA |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE<br><br>**Crystal Erin Davis** | DISTRICT<br>Northern District of Georgia | DIVISION<br>Atlanta |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Thomas W. Thrash | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM: 03/12/2010 TO 03/11/2015 |

OFFENSE

**Conspiracy to Make False Statements or Representations of Records Maintained by Licensed Firearms Dealers**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 7 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____ **District of** _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 2 1 2012

| 7/6/12 | *Thomas W. Thrash* |
|---|---|
| Date | Honorable Thomas W. Thrash<br>United States District Judge |

James N. Hatten, Clerk
By: _____
Deputy Clerk

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ---------- **DISTRICT OF** ------------------

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7/30/12 | |
|---|---|
| Effective Date | Honorable<br>United States District Judge |

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:09-cr-00318-TWT-CCH-2
#### Internal Use Only

Case title: USA v. Colon-Moore

Date Filed: 07/07/2009
Date Terminated: 03/12/2010

Assigned to: Judge Thomas W. Thrash, Jr
Referred to: Magistrate Judge C. Christopher Hagy

**Defendant (2)**

**Crystal Erin Davis**
*TERMINATED: 03/12/2010*

represented by **Crystal Erin Davis**
620 Huckleberry Rd
Canton, GA 30114
PRO SE

**Andrew A. Hothem**
Law Offices of Andrew A. Hothem, P.C.
403 Green Street
Gainesville, GA 30501
770-535-2535
Fax: 770-503-7995
Email: hothemlawoffices@hotmail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

PENALTIES FOR FIREARMS (2)

**Disposition**

Probation 5 Years, Special Assessment $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
**USA**                                    represented by   **Joseph Andre Plummer**
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6055
Email: joe.plummer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zahra S. Karinshak**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000
Email: karinshak@khlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2009 | 26 | SUPERSEDING INDICTMENT as to Jeffrey Martin Colon-Moore, Jr (1) count(s) 1s-2s, 3s, Crystal Erin Davis (2) count(s) 2, Danny Bill Davis (3) count(s) 2, Alexander Quinn (4) count(s) 3, Forfeiture Provision. (dr) (Entered: 09/04/2009) |
| 09/01/2009 | 28 | Praecipe filed. Arrest Warrant Issued as to Crystal Erin Davis and delivered to USM on 9/1/09 (dr) (Entered: 09/04/2009) |
| 09/01/2009 | 30 | Defendant Information Sheet as to Crystal Erin Davis. (dr) (Entered: 09/04/2009) |
| 09/10/2009 | 38 | Sealed Document. (ryc) (Entered: 09/11/2009) |
| 09/15/2009 | 50 | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard as to Crystal Erin Davis (2): INITIAL APPEARANCE. ARRAIGNMENT. PLEA of NOT GUILTY as to Count 2. Bond Hearing. Bond set at $10,000.00. (Attachments: # 1 PLEA (With Counsel)) (Tape #FTR) (rvb) (Entered: 09/17/2009) |

| | | |
|---|---|---|
| 09/15/2009 | 51 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Judy Fleming-Today only, as to Crystal Erin Davis. Signed by Magistrate Judge Russell G. Vineyard on 09/15/2009. (rvb) (Entered: 09/17/2009) |
| 09/15/2009 | 52 | Non-surety Bond Entered as to Crystal Erin Davis in amount of $ 10,000.00. (rvb) (Entered: 09/17/2009) |
| 09/15/2009 | 53 | ORDER Setting Conditions of Release as to Crystal Erin Davis. Signed by Magistrate Judge Russell G. Vineyard on 09/15/2009. (rvb) (Entered: 09/17/2009) |
| 09/16/2009 | 47 | AMENDED PRETRIAL SCHEDULING ORDER as to Jeffrey Martin Colon-Moore, Jr, Crystal Erin Davis, Danny Bill Davis, Alexander Quinn. Pretrial Conference set for 9/30/2009 at 11:30 AM in ATLA Courtroom 1879 before Magistrate Judge C. Christopher Hagy. Signed by Magistrate Judge C. Christopher Hagy on 9/16/09. (dr) (Entered: 09/17/2009) |
| 09/16/2009 | 48 | ORDER OF CJA 20-Appointment to Pay Court Appointed Counsel as to Crystal Erin Davis : Appointment of Attorney Andrew A. Hothem. Signed by Magistrate Judge Russell G. Vineyard on 9/16/09. (dr) (Entered: 09/17/2009) |
| 09/30/2009 | 60 | Minute Entry for proceedings held before Magistrate Judge C. Christopher Hagy: Pretrial Conference as to Crystal Erin Davis; the parties have until 10/12/09 to file any additional motions. (Tape #FTR) (dr) (Entered: 10/01/2009) |
| 10/01/2009 | 58 | Notice for Leave of Absence for the following date(s): December 28, 2009 through and including January 4, 2010, by Zahra S. Karinshak. (Karinshak, Zahra) (Entered: 10/01/2009) |
| 10/01/2009 | 63 | Arrest Warrant Returned Executed on 9/15/09 as to Crystal Erin Davis. (dr) (Entered: 10/01/2009) |
| 10/01/2009 | 65 | Sealed Document. (ryc) (Entered: 10/05/2009) |
| 10/20/2009 | 68 | ORDER withdrawing 15 Motion to Suppress; 16 Motion to Suppress Statements; 17 Motion to Suppress Evidence as to Jeffrey Martin Colon-Moore Jr. (1). No pretrial motions have been filed by remaining defendants. This case is CERTIFIED READY FOR TRIAL. Signed by Magistrate Judge C. Christopher Hagy on 10/20/2009. (rvb) (Entered: 10/21/2009) |
| 10/20/2009 | | ORDER CERTIFYING CASE READY FOR TRIAL as to Jeffrey Martin Colon-Moore, Jr. (1), Crystal Erin Davis (2), Danny Bill Davis (3), Alexander Quinn (4). Signed by Magistrate Judge C. Christopher Hagy on 10/20/2009. (As contained within 68 Order) (rvb) (Entered: 10/21/2009) |
| 10/21/2009 | | Clerks Certificate of Mailing as to Crystal Erin Davis (2), Danny Bill Davis (3) re 68 Order. (rvb) (Entered: 10/21/2009) |
| 10/22/2009 | 70 | AMENDED ORDER CERTIFYING CASE READY FOR TRIAL as to Jeffrey Martin Colon-Moore, Jr, Crystal Erin Davis, Danny Bill Davis, Alexander Quinn. Signed by Magistrate Judge C. Christopher Hagy on 10/22/09. (dr) (Entered: 10/22/2009) |

| 10/28/2009 | 71 | Notice for Leave of Absence for the following date(s): 1/5/10-1/15/10, by Zahra S. Karinshak. (Karinshak, Zahra) (Entered: 10/28/2009) |
|---|---|---|
| 11/02/2009 | | NOTICE OF HEARING as to Crystal Erin Davis. Change of Plea Hearing set for 11/17/2009 at 10:00 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr.. (ss) (Entered: 11/02/2009) |
| 11/04/2009 | 72 | Sealed Document. (ryc) (Entered: 11/05/2009) |
| 11/04/2009 | 73 | Sealed Document. (ryc) (Entered: 11/05/2009) |
| 11/05/2009 | 74 | NOTICE SETTING TRIAL as to Jeffrey Martin Colon-Moore, Jr, Crystal Erin Davis, Danny Bill Davis, Alexander Quinn, Jury Trial set for 12/7/2009 at 09:30 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr.. (ss) (Entered: 11/05/2009) |
| 11/05/2009 | | Clerks Certificate of Mailing notice to Crystal Erin Davis, Danny Bill Davis re 74 Notice Setting Trial (ss) (Entered: 11/05/2009) |
| 11/05/2009 | 75 | CORRECTED NOTICE SETTING TRIAL as to Jeffrey Martin Colon-Moore, Jr, Crystal Erin Davis, Danny Bill Davis, Alexander Quinn, Jury Trial set for 12/7/2009 at 09:30 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr.. (ss) (Entered: 11/05/2009) |
| 11/05/2009 | | Clerks Certificate of Mailing to Crystal Erin Davis, Danny Bill Davis re 75 Corrected Notice Setting Trial (ss) (Entered: 11/05/2009) |
| 11/17/2009 | 78 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr: Change of Plea Hearing as to Crystal Erin Davis, PLEA of GUILTY by Crystal Erin Davis (2) Guilty Count 2. (Attachments: # 1 Plea Agreement) (Court Reporter Susan Baker) (dr) (Entered: 11/18/2009) |
| 11/17/2009 | 79 | NOTICE OF SENTENCING as to Crystal Erin Davis Sentencing set for 2/19/2010 at 09:30 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr. (dr) (Entered: 11/18/2009) |
| 01/14/2010 | | NOTICE OF CANCELLATION of Hearing re: 83 NOTICE OF SENTENCING as to Jeffrey Martin Colon-Moore, Jr, 77 NOTICE OF SENTENCING as to Alexander Quinn, 79 NOTICE OF SENTENCING as to Crystal Erin Davis, 81 NOTICE OF SENTENCING as to Danny Bill Davis set for 2/19/2010 in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr. (ss) (Entered: 01/14/2010) |
| 01/14/2010 | | NOTICE OF SENTENCING Set/Reset as to Jeffrey Martin Colon-Moore, Jr, Crystal Erin Davis, Danny Bill Davis, Alexander Quinn. Sentencing set for 3/12/2010 at 09:30 AM in ATLA Courtroom 2108 before Judge Thomas W. Thrash Jr.. (ss) (Entered: 01/14/2010) |
| 01/14/2010 | | Clerks Certificate of Mailing as to Crystal Erin Davis, Danny Bill Davis re Notice of Cancellation of Sentencing Hearing on 2/19/10, Notice of Sentencing now scheduled for 3/12/10 - 9:30 a.m. (ss) (Entered: 01/14/2010) |
| 01/20/2010 | 89 | Notice for Leave of Absence for the following date(s): 2/12/2010 through |

| | | and including 2/17/10 and 4/2/10 through and including 4/13/10, by Zahra S. Karinshak. (Karinshak, Zahra) (Entered: 01/20/2010) |
|---|---|---|
| 02/01/2010 | 90 | Notice for Leave of Absence for the following date(s): 5/27/10 through and including 6/2/10, 7/5/10 through and including 7/13/10, 11/29/10 through and including 12/3/10, and 12/23/10 through and including 1/4/11, by Zahra S. Karinshak. (Karinshak, Zahra) (Entered: 02/01/2010) |
| 03/10/2010 | 91 | Sealed Document. (ryc) (Entered: 03/11/2010) |
| 03/11/2010 | 93 | Sealed Document. (ryc) (Entered: 03/12/2010) |
| 03/12/2010 | 96 | Minute Entry for proceedings held before Judge Thomas W. Thrash, Jr: Sentencing as to Crystal Erin Davis. (Court Reporter Susan Baker) (dr) (Entered: 03/12/2010) |
| 03/12/2010 | 97 | JUDGMENT AND COMMITMENT as to Crystal Erin Davis (2), Count(s) 2, Probation 5 Years, Special Assessment $100.00. Signed by Judge Thomas W. Thrash, Jr on 6/12/10. --Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (dr) (Entered: 03/12/2010) |
| 04/01/2010 | 108 | Notice for Leave of Absence for the following date(s): 4/19/10 through and including 4/24/10, by Zahra S. Karinshak. (Karinshak, Zahra) (Entered: 04/01/2010) |
| 04/29/2010 | 113 | Notice for Leave of Absence for the following date(s): 6/22/10 through and including 6/25/10, by Zahra S. Karinshak. (Karinshak, Zahra) (Entered: 04/29/2010) |
| 08/17/2012 | 119 | Transfer of Jurisdiction Probation Transferred to Northern District of California as to Crystal Erin Davis. (dr) (Entered: 08/21/2012) |
| 08/17/2012 | 120 | Transmitted Transfer of Jurisdiction form re: 119 Transfer of Probationer as to Crystal Erin Davis, with certified copies of superseding indictment, judgment and docket sheet. (dr) (Entered: 08/21/2012) |

ATTEST: A TRUE COPY
CERTIFIED THIS

AUG 2 1 2012

James N. Hatten, Clerk
By:
Deputy Clerk