# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
#### San Francisco Venue

**E-Filing**

---

### Request for Early Termination of Supervision

---

Name of Offender          Docket Number
Crystal Erin Davis        CR 12-00592-001 WHA

Name of Sentencing Judge:   The Honorable Thomas W. Thrash
                            United States District Judge

Date of Original Sentence:  March 12, 2010

Original Offense
Count Two: Conspiracy to Make False Statements or Representations of Records Maintained By Licensed Firearms Dealers, 18 U.S.C. § 371, a Class D Felony.

Original Sentence: Five (5) years probation.
Special Conditions: $100 special assessment; 18 months home confinement; DNA collection; mandatory drug testing; not own, possess or have under her control any firearm, dangerous weapon or other destructive devices; search; 100 hours community service; and mental health treatment.

Jurisdiction was transferred from the Northern District of Georgia, Atlanta Division, to the Northern District of California, on July 30, 2012, and assigned to The Honorable William Alsup.

Type of Supervision         Date Supervision Commenced
Probation                   March 12, 2010
Assistant U.S. Attorney     Defense Counsel
Unassigned                  Unassigned

---

### Petitioning the Court to Grant Early Termination of Supervision

#### Cause

The offender's term of probation is set to expire on March 11, 2015. The United States Probation Office recommends the Court grant an early termination of probation supervision for Ms. Davis.

On or about March 1, 2011, Ms. Davis relocated from Georgia to the Northern District of California, where she completed 96 hours of community service, mental health counseling, and home detention. Ms. Davis performed exceptionally well and had no compliance-related problems. On July 30, 2012, jurisdiction of Ms. Davis' case was transferred from the Northern

RE: Davis, Crystal Erin                                                                               2
    CR 12-00592-001 WHA

District of Georgia, to the Northern District of California. On November 13, 2013, Ms. Davis relocated to the Eastern District of California, where she has resided with her mother, her child, and her domestic partner.

On January 25, 2014, Ms. Davis completed the remaining four hours of community service. She continues to maintain full-time employment at the California Sinus Center in Walnut Creek as a Front Desk Receptionist and she has maintained a positive attitude towards supervision since the start of her probation. During her time on probation with the Eastern District of California, she has been supervised as a low-risk offender, and a recent criminal history check revealed no new law violations.

Therefore, based on the factors indicated above, it is respectfully recommended the Court grant an early termination of probation, as recommended by the Eastern District of California U.S. Probation Officer, Brenda Barron-Harrell. The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                          Reviewed by:

Daniel Zurita                                    Robert Tenney
United States Probation Officer                  Supervisory U.S. Probation Officer
Date Signed: June 12, 2014

---

THE COURT ORDERS:

☐ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

Date                                             William H. Alsup
                                                 United States District Judge